IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

**FAIR WORK ALLIANCE**

    Plaintiff,

v.

**INSTAWORK**, et al.

    Defendants.

Case No. 1:25-cv-551
Judge Douglas R. Cole
Magistrate Judge Karen L. Litkovitz

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff Fair Work Alliance, LLC, pursuant to Federal Civil Rule 41(a)(1)(A) by its attorney, and herby dismisses the within action without prejudice. All parties/defendants who have entered an appearance herein have advised the Court that they have no objection to this dismissal.

Respectfully submitted,

DUWEL LAW

*/s/ David M. Duwel*
DAVID M. DUWEL (0029583)
130 West Second Street, Suite 2101
Dayton, Ohio 45402
(937) 297-1154 Telephone
(937) 297-1152 Facsimile
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document has been emailed Defendant's counsel, this ___ day of September 2025.

/s/ David M. Duwel
DAVID M. DUWEL